R. Sam Hopkins, Chapter 7 Trustee
ECF email: shopkins@ecf.epiqsystems.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | |
| BALES, REED PATRICK ) | Case No.: 10-40236-JDP |
| ) | |
| BALES, STEPHANIE ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

## NOTICE OF SALE BY TRUSTEE

---

**Notice of Trustee's Sale and Opportunity
to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

  PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1.

1. <u>DESCRIPTION OF PROPERTY TO BE SOLD:</u>

     Undeveloped property located in Marion County Texas. The property
     is more particularly described as:

     Lots 179-187, Section A, Indian Hills Harbor Subdivision, Marion County, Texas.

2. <u>TYPE OF SALE:</u>  Harbor Investment Group LLC.

3. <u>TERMS OF SALE</u>:  4,250.00, which is on deposit with the Trustee.

4. <u>TIME AND PLACE OF SALE:</u>  Sale will be final twenty-one (21) days from the date of this notice, unless a written objection and request for hearing is received by the U.S. Bankruptcy Court at 801 E. Sherman, Pocatello, ID 83201, and a copy provided to the Trustee, R. Sam Hopkins at POB 3014, Pocatello, ID 83206.

5. <u>TREATMENT OF EXISTING LIENS:</u>
    (X)  Sale free and clear of all liens with all valid liens to attach to the sale proceeds.
    ( )  Trustee knows of no valid liens claimed against the property.
    ( )  Trustee may immediately pay the liens listed below without further notice and hearing.
    (X)  Harbor Investment Group LLC is taking the subject property as is, where is, subject to all liens and encumbrances including past due and owing property tax in the amount of $544.79.

6. <u>VALUE OF PROPERTY TO BE SOLD</u>:
    (X)  In 2012 Marion County appraised the fair market value of the property at $29,250.00.  The Trustee has employed a Texas realtor and the property has been on the market since September 2011 with no offers.  It is in the Trustees opinion this sale is for a reasonable value and will allow the completion of administration of this bankruptcy proceeding.
    ( )  An appraisal of
    ( )  Other:

7. <u>AUTHORITY FOR CONDUCTING SALE:</u>
    (x)  11 USC 363(f)(1)              ( )  11 USC 363(f)(2)
    ( )  11 USC 363(f)(3)              ( )  11 USC 363(f)(4)
    ( )  11 USC 363(f)(5)              ( )  Other:

8. <u>MISCELLANEOUS INFORMATION</u>:
    (x)  This sale shall be effective immediately and the ten day stay imposed by Rule 6004(h) and other rules is hereby waived.

    (x)  Net proceeds to be retained by the estate are estimated at $4,250.00.

9. <u>ADDITIONAL TERMS OF SALE:</u>  The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.

Dated May 2, 2013

                                                    /s/ R. Sam Hopkins
                                                    R. SAM HOPKINS, TRUSTEE

cc:    U.S. Trustee, ECF